IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY CRAIG HUCKABEE,

    Petitioner,                   No. CIV S-01-1795 DFL CMK P

   vs.

DERRAL G. ADAMS, Warden,

    Respondent.                <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file and serve objections to the December 19, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's December 27, 2005 request for an extension of time is granted, in part; and

      2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the December 19, 2005 findings and recommendations.

DATED:  January 12, 2006.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE

/mp
huck 01cv1795.111