IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY HUCKABEE,

     Petitioner,                   No. CIV S-01-1795 DFL CMK P

    vs.

DERRAL G. ADAMS,

     Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 10, 2007, denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

/////

/////

1   For the reasons set forth in the magistrate judge's December 19, 2005 findings and
2   recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3   right. Accordingly, a certificate of appealability should not issue in this action.
4       IT IS SO ORDERED.
5   DATED:   April 25, 2007

                         /s/ David F. Levi
                         UNITED STATES DISTRICT JUDGE

/